Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00458-CV

Bradley Lane **CROFT**,
Appellant

v.

Cherie **JEFFCOAT**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03809
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:  October 5, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant's notice of appeal states his intent to appeal the trial court's order denying his motion to reconsider a motion to recover trust property. An order on a motion for reconsideration is not an appealable order. *State Office of Risk Mgmt. v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, pet. filed); *Digges v. Knowledge Alliance, Inc.*, 176 S.W.3d 463, 464 (Tex. App.—Houston [1st Dist.] 2004, no pet.). Moreover, the order permitting the appellee to have exclusive possession of the motor vehicle forming the basis of appellant's

complaint is a temporary order in a family law case, and temporary orders are not appealable orders. *See In re Cooper*, 333 S.W.3d 656, 659 (Tex. App.—Dallas 2009, orig. proceeding).

On August 29, 2011, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. The deadline for appellant's response was September 13, 2011. No response was filed. Because this court lacks jurisdiction over the order appellant seeks to appeal, this appeal is dismissed for lack of jurisdiction. Costs of the appeal are taxed against appellant.

PER CURIAM